NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7053

JOHN TARKOWSKI,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2070, Chief Judge William P. Greene, Jr.

Before MOORE, Circuit Judge.

## O R D E R

Upon review of this recently docketed appeal, it appears that John Tarkowski's appeal was not timely filed.

On September 5, 2008, the United States Court of Appeals for Veterans Claims entered judgment in Tarkowski's case. On December 3, 2008, Tarkowski filed a notice of appeal with the United States Court of Appeals for the Seventh Circuit. The appeal was subsequently transferred to this court.

To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days of the entry of judgment. See 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1). Even if we treat Tarkowski's appeal as having been filed with the Court of Appeals for Veterans Claims on December 3, it appears that his appeal was untimely.

Accordingly,

IT IS ORDERED THAT:

(1)     Tarkowski is directed to show cause, within 14 days of the date of filing of this order why his appeal should not be dismissed as untimely. The Secretary of Veterans Affairs may also respond within that time.

(2)     The briefing schedule is stayed.

FOR THE COURT

MAR 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAR 1 8 2009

JAN HORBALY
CLERK

cc:     John Tarkowski
        Cameron Cohick, Esq.

s19